IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEWAYNE K. LONG, a single person and as Trustee for THE DCSTH FOUNDATION,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DEUTSCHE BANK, NA; J.P. MORGAN CHASE HOME BUYERS INCORPORATED,<br><br>　　　　　　Defendants. | Case No. BK 09-82347<br><br>Adv. No. 10-08038<br><br><br><br>ANSWER |

COMES NOW Homebuyers, Incorporated and in answer to the Complaint of the Plaintiff, states and alleges as follows:

1. This Defendant generally denies each and every allegation contained in Plaintiff's Complaint.

### AFFIRMATIVE DEFENSES

2. This Court lacks jurisdiction of this matter as there is no underlying bankruptcy proceeding, same having been previously dismissed by this Court.

3. The Defendant Homebuyers, Incorporated did not purchase the real property legally described as Lot 26, Lake Ridge Estates, Sarpy County, Nebraska.

4. Plaintiff's Complaint fails to state facts upon which any relief could be granted to the Plaintiff from this Defendant.

5. Any purchaser at a trust deed liquidation trustee's sale would be a bona fide purchaser for value without notice and have no liability to the Plaintiff.

WHEREFORE the Defendant Homebuyers Incorporated prays that Plaintiff's Complaint be dismissed, at Plaintiff's costs and that this Defendant recover its costs and attorney fees incurred herein.

        HOMEBUYERS INCORPORATED,
        Defendant,

        By: /s/ *Thomas J. Young*
            Thomas J. Young    #14645
            Attorney at Law
            2433 South 130th Circle
            Omaha, NE 68144
            Tel: (402) 330-3700

        ATTORNEY FOR DEFENDANT