UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| DEWAYNE K. LONG, a single Person and as Trustee for THE DCSTH FOUNDATION, | Case No. BK09-82347 <br> ADV. No. 10-08038 |
| Plaintiff, | STIPULATED MOTION TO DISMISS ADVERSARY COMPLAINT |
| v. | |
| DEUTSCHE BANK, N.A.; J.P. MORGAN CHASE HOME BUYERS INCORPORATED, | |
| Defendants. | |

COME NOW, the Plaintiff and the Defendant Home Buyers Incorporated, which is inclusive of HBI, L.L.C., and hereby agree that the above referenced matter can be dismissed, each party to bear its own costs.

Dated this 26th day of August 2010.

DEWAYNE K. LONG, Debtor

BY:     ___s/ *John M. Carter*_____
John M. Carter, #23718
CARTER LAW FIRM
421 West Broadway, Ste. 306
Council Bluffs, IA 51503
(712) 256-3803
(712) 256-3805 Fax
jcarter@jmcarterlaw.com

                           HOME BUYERS INCORPORATED,
                           Inclusive of HBI, L.L.C.

BY:     /s/ *Thomas J. Young*
         Thomas J. Young,   #14645
         2433 South 130th Circle
         Omaha, Nebraska 68144
         Tel: (402) 330-3700
         tyoung@tconl.com

### 9013 Notice

John M. Carter has filed a Stipulated Motion to Dismiss Debtor's Adversary Proceeding in a Chapter 13 Case. You have until September 15, 2010 to object to this Motion, filing copies of any resistance upon John M. Carter and with the Court. If no one objects, the court may grant the Motion.

### PROOF OF SERVICE

I, John M. Carter, hereby certify that the foregoing document was filed electronically with the above captioned Court on August 26, 2010 with the Clerk of said Court giving electronic notification thereof to all participants in this case on the same date, and that a copy thereof was sent by first class United States Mail, postage prepaid, on the same day to all parties entitled to notice who are not registered CM/ECF participants in this case.

                         /s/ *John M. Carter*

                           John M. Carter